**Opinion issued August 29, 2024**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-24-00468-CV

———————————

## STACIE ANN SHAKIR, Appellant

## V.

## JANNU INVESTMENTS, LLC, Appellee

---

**On Appeal from the County Court at Law No. 2**
**Fort Bend County, Texas**
**Trial Court Case No. 24-CCV-074808**

---

## MEMORANDUM OPINION

On June 17, 2024, appellant Stacie Ann Shakir filed a notice of appeal from the underlying trial court proceedings. Appellant has neither paid the required fees nor established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b),

51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015).  On July 12, 2024, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by August 12, 2024.  *See* TEX. R. APP. P. 42.3(b), (c).  Appellant did not adequately respond.

Further, appellant has not paid or made arrangements to pay the fee for the preparation of the clerk's record.  *See* TEX. R. APP. P. 37.3(b).  On June 25, 2024, appellant was notified that this appeal was subject to dismissal if appellant did not submit written evidence that she had paid or made arrangements to pay the fee for the preparation of the clerk's record by July 25, 2024.  *See* TEX. R. APP. P. 42.3(b), (c).  Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution.  *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Guerra, and Farris.